IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARK TECH, LLC, d/b/a | § | |
| METAL SHARK, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civ. Action No. 19-CV-32 |
| | § | *In Admiralty* |
| TRANSPORTATION SERVICES | § | *In Personam* |
| OF ST. JOHN, INC., *in personam*, | § | *In Rem* |
| | § | |
| CARIBE CAY, | § | |
| Official No. 1031051, *in rem*, | § | |
| | § | |
| CARIBE TIME, | § | |
| Official No. 600808, *in rem*. | § | |
| | § | |
| Defendants. | § | |

## VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM*

Plaintiff, Shark Tech, LLC, d/b/a Metal Shark, brings this Verified Complaint against Transportation Services of St. John, Inc. ("St. John"), the Caribe Cay, Official No. 1031051, and the Caribe Time, Official No. 600808, and alleges as follows:

### JURISDICTIONAL STATEMENT

1. This is a case of admiralty and maritime jurisdiction for enforcement of two maritime liens arising out of repairs performed by Shark Tech, L.L.C., d/b/a Metal Shark, on Caribe Cay. Official No. 1031051, and Caribe Time, Official No. 600808, and is an admiralty/maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. This action is brought pursuant to 28 U.S.C. § 1333 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

## PARTIES

3. Shark Tech, LLC, d/b/a Metal Shark (hereinafter, "Metal Shark") is an Alabama limited liability company and its members reside in the State of Louisiana. It specializes in the design and production of boats and ships for military, law enforcement, fire rescue, and a wide spectrum of other commercial applications.

4. On information and belief, Defendant St. John is a corporation formed pursuant to the laws of the United States territory of St. John, and is the owner, manager, and/or operator of the Caribe Cay and the Caribe Time.

5. Defendant Caribe Cay, official number 1031051, is a commercial ferry with a weight of approximately 92 gross tons, a length of 88.7 feet, a beam of 24 feet, and whose home port is Cruz Bay, United States Virgin Islands.

6. Defendant Caribe Time, official number 600808, is a commercial ferry with a weight of approximately 80 gross tons, a length of 62.7 feet, a beam of 19.2 feet, and whose home port is Cruz Bay, United States Virgin Islands.

7. Defendants Caribe Cay and Caribe Time are now within the jurisdiction of this Honorable Court. Caribe Cay is out of the water on blocks at Metal Shark's main Alabama shipyard, bearing municipal address 13980 Shell Belt Road, Bayou La Batre, Alabama 36509. Caribe Time is afloat in the waters of Bayou La Batre adjacent to Metal Shark's "West Yard Vessel Slip," bearing municipal address 9195 Little River Road, Bayou La Batre, Alabama 36509.

## STATEMENT OF FACTS

8. In January 2018, Saint John contacted Metal Shark to inquire as to whether Metal Shark could perform certain repairs and refit work on two of its ferries, Caribe Cay and Caribe Time. Both vessels suffered damages during Hurricane Irma.

9. In February of 2018, Metal Shark and St. John orally agreed to an hourly fee for the repair work to the vessels.

10. Saint John then paid to have both vessels loaded onto a barge and moved to what is now Metal Shark's Bayou La Batre shipyard.

11. Around March of 2018, Metal Shark began gutting both vessels and performing other work in preparation for the full-scale refitting of the vessels.

12. Metal Shark began invoicing St. John for these repairs on April 10, 2018. Copies of the invoices submitted to St. John for work on the Caribe Cay and the Caribe Time are submitted hereto as, "*Exhibit A, in globo*".

13. On June 25, 2018, upon the completion of the gutting of the vessels and other preparation work for the larger scale refitting, Metal Shark entered into an agreement with St. John for the repair/refit of the Caribe Cay. *See*, Repair Scope of Work Agreement, attached hereto as, "Exhibit B".

14. Metal Shark thereafter began performing the agreed upon work and routinely invoicing St. John.

15. From April until August, St. John paid a total of six invoices issued by Metal Shark. Below is a chart illustrating the invoices submitted by Metal Shark, the amounts of those invoices, and the amounts paid by St. John:

| INVOICE | Invoice # | Total | Payment Status |
|---|---|---|---|
| 4/10/2018 | 90'FerryRepair01 | $48,583.53 | $48,583.53 Paid |
| 5/25/2018 | CaribeCay02 | $91,502.54 | $91,502.54 Paid |
| 5/25/2018 | CaribeTime02 | $1,200.00 | $1,200.00 Paid |
| 7/24/2018 | CaribeCay04 | $43,642.00[1] | $43,642.00 Paid |
| 7/27/2018 | CaribeTime03 | $3,154.36 | $3,154.36 Paid |
| 8/15/2018 | CaribeCay05 | $179,700.41 | $179,700.41 Paid |
| 8/28/2018 | CaribeCay06 | $103,628.79 | $20,299.79 partial payment |
| 9/13/2018 | CaribeCay07 | $107,239.36 | **Unpaid** |
| 9/27/2018 | CaribeCay08 | $97,133.71 | **Unpaid** |
| 10/31/2018 | CaribeCay09 | $116,440.20 | **Unpaid** |
| 12/18/2018 | CaribeCay10 | $154,950.57 | **Unpaid** |
| 12/19/2018 | CaribeCay10-1 | $137,155.21 | **Unpaid** |
| 1/22/2019 | CaribeTime03 | $15,000.00 | **Unpaid** |
| | | | **Outstanding balance: $711,248.05** |

16. As is clear from the chart above and the documentation attached hereto, St. John has not made any payments to Metal Shark since August 2018.

17. St. John has ignored requests from Metal Shark to pay the amounts due. *See,* November 15, 2018 correspondence, attached hereto as, "Exhibit C."

18. To date, St. John owes Metal Shark a total of $711,248.05 for work performed on the Caribe Cay and the Caribe Time.

---

[1] The original invoice amount for CaribeCay04 was $93,642. However, Metal Shark and St. John agreed to a $50,000 credit to this invoice after Metal Shark removed the engines from the Caribe Cay and sold them for $50,000. Thus, the actual amount owed under this invoice was $43,642.00.

19. In addition, the vessels are also taking up space in Metal Shark's shipyards. Metal Shark estimates that it is losing approximately $350 per day, per vessel for storing the Caribe Cay and Caribe Time.

WHEREFORE, Shark Tech, LLC, d/b/a Metal Shark prays that:

a)  Process in due form of law according to the rules and practices of this Court in cases of admiralty and maritime jurisdiction issue against the Caribe Cay, her hull, tackle, gear, appurtenances and all accessories thereto, and that all person having or claiming an interest therein may be citied to appear and answer the matters aforesaid.

b)  Process in due form of law according to the rules and practices of this Court in cases of admiralty and maritime jurisdiction issue against the Caribe Time, her hull, tackle, gear, appurtenances and all accessories thereto, and that all person having or claiming an interest therein may be citied to appear and answer the matters aforesaid.

c)  This Court enter judgment, *in personam*, in favor of Shark Tech, LLC, d/b/a Metal Shark against St. John in the amounts due Metal Shark, plus interest, attorney's fees, and other costs and expenses of collection.

d)  Defendant Caribe Cay be condemned and sold to pay the amount due to Shark Tech, LLC, d/b/a Metal Shark.

e)  Defendant Caribe Time be condemned and sold to pay the amount due to Metal Shark.

f)  Summons and Complaint be served on St. John citing it to appear and answer this Complaint.

g)  Metal Shark may have such other, further, and different relief as justice may require.

Respectfully submitted,

*s/ Aaron N. Maples*
AARON N. MAPLES (MAP013)
SHAWN T. ALVES (ALV009)
*Attorneys for Shark Tech, L.L.C., d/b/a Metal Shark*

OF COUNSEL:

STONE CROSBY, P.C.
8820 US Highway 90
Daphne, Alabama  36526
Telephone:     (251) 626-6696
amaples@stonecrosby.com
salves@stonecrosby.com

## DEFENDANTS TO BE SERVED AS FOLLOWS:

### TRANSPORTATION SERVICES OF ST. JOHN, INC.
4A Cruz Bay Quarter
St. John, USVI 00830

### CARIBE CAY, O.N. 1031051
PLEASE ARREST THE CARIBE CAY where it currently sits at Metal Shark's main Alabama shipyard, bearing municipal address 13980 Shell Belt Road, Bayou La Batre, Alabama 36509.

Mr. Doug Barrow, Vice President of Shark Tech, LLC, can direct the U.S. Marshal to where this vessel is located. He may be reached at (251) 404-6317.

### CARIBE TIME, O.N. 600808
PLEASE ARREST THE CARIBE TIME where it currently sits afloat in the waters of Bayou La Batre adjacent to Metal Shark's "West Yard Vessel Slip," bearing municipal address 9195 Little River Road, Bayou La Batre, Alabama 36509.

Mr. Doug Barrow, Vice President of Shark Tech, LLC, can direct the U.S. Marshal to where this vessels is located. He may be reached at (251) 404-6317.

## VERIFICATION

STATE OF LOUISIANA    )
PARISH OF IBERIA      )

Personally came and appeared before me, the undersigned authority in and for the State of Louisiana and Parish of Iberia, Nate Geiger, who after being duly sworn, did depose and state the following:

1. That he is the Chief Financial Officer of Shark Tech, LLC, d/b/a Metal Shark;

2. That he has read the foregoing complaint and has personal knowledge of the allegations set forth herein;

3. That the allegations set forth in the foregoing complaint are true and accurate; and,

4. The statements herein are made based on his personal knowledge, the corporate documents kept and maintained in the ordinary course of business by Shark Tech, L.L.C., d/b/a Metal Shark, and other information contained in Shark Tech, LLC's records.

_____
Nate Geiger
Chief Financial Officer
Shark Tech, LLC, d/b/a Metal Shark

Subscribed and Sworn to before me
this 24th day of January, 2019.

_____
Notary Public  Ethan Loga
                 ID# 139116

My commission expires _upon my Death_

ETHAN LOGA
Notary Public - Louisiana
Lafayette Parish
Notary ID 139116